AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

Derek Gubala,
*Plaintiff*
v.     Civil Action No.     15-cv-1078-PP
Time Warner Cable, Inc.
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($         ), which includes prejudgment interest at the rate of_____%, plus post judgment interest at the rate of_____% per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____recover costs from the plaintiff *(name)*_____ _____.

X other: the defendant's motion to dismiss the second amended complaint be dismissed. The court further ordered that the second amended complaint be dismissed for lack of standing.

This action was *(check one)*:

❐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❐ tried by Judge_____ without a jury and the above decision was reached.

X decided by Judge Pamela Pepper on the defendant's motion to dismiss the second amended complaint.

Date:   June 23, 2016     *CLERK OF COURT*

/s/Kristine G. Wrobel_____

*Signature of Clerk or Deputy Clerk*